| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Wilkinson, III, J H | 2. Court or Organization 4th US Circuit Ct of Appeals | 3. Date of Report 5/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status magistrate judges indicate full- or part-time) U. S. Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination,   Date ○ Initial   ● Annual   ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 255 W. Main Street  Rm. 230 Charlottesville, Va. 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I will receive no salary from my former employer the University of VA Law School. There will be no continuing participation in any benefit plan (cntd Part 8) |

RECEIVED  May 10 12 50 PM '05  FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 5/1/2005 |

## II. NON-INVESTMENT INCOME (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Columbia Law School, New York, NY | Reimbursement for travel/lodging for lecture. $1734.20 |
| 2. | Ninth Circuit Judicial Conference, Monterey, Calif. | Reimbursement for travel/lodging for panel discussion. $1850.07 |
| 3. | Northwestern University, School of Law, Chicago, Ill. | -Reimbursement for Travel/lodging for lecture. $965.02 |
| 4. | I did not receive any honorarium for the speaking engagements. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, J H | 5/1/2005 |

**GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** . (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2 | | |

FINANCIAL DISCLOSURE REPORT

Page 1 of 4

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 5/1/2005 |

## II. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Trust # 1 | | | | | | | | | |
| Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| Bellsouth Corp Common Stock | B | Dividend | L | T | | | | | |
| Deere & Co. Common Stock | B | Dividend | M | T | | | | | |
| Du Pont E I De Nemours & Co Common Stock | B | Dividend | L | T | | | | | |
| Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| General Electric Co Common Stock | C | Dividend | M | T | | | | | |
| Gillette Co Common Stock | B | Dividend | L | T | | | | | |
| Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| Lilly Eli & Co Common Stock | B | Dividend | L | T | | | | | |
| 1. Media General Inc Common Stock | A | Dividend | K | T | | | | | |
| 12. Procter & Gamble Co Common Stock | B | Dividend | M | T | | | | | |
| 13. Providence & Worcester RR Common Stock | A | Dividend | K | T | | | | | |
| 14. Royal Dutch Pete Co Common Stock | B | Dividend | L | T | | | | | |
| 15. Schering Plough Corp Common Stock | B | Dividend | L | T | | | | | |
| 16. Wyeth Common Stock | B | Dividend | L | T | | | | | |
| 17. STI Classic Fd - Growth & Income Fd Trust Shares | A | Dividend | M | T | | | | | |
| 18. STI Classic Fd - Sm Cap Growth Fd Trust Shares | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Code:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## II. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| λ. STI Classic Fd – SM Cap Value Equity Fd Trust Shares | A | Dividend | J | T | | | | | |
| b. STI Classic Fd – International Equity Fd Trust Shares | A | Dividend | K | T | | | | | |
| 1. STI Classic Fd – Capital Appreciation Fd Trust Shares | A | Dividend | M | T | | | | | |
| 2. STI Classic Fd – Info & Tech Fd Trust Shares | A | None | K | T | merger redem | 12/20 | K | | |
| 3. STI Classic Fd – Aggressive Growth Fd Trust Shares | A | Dividend | K | T | shares recd | 12/20 | K | | |
| 14. STI Classic Fd – Va Municipal Bond Fd Trust Shares | C | Interest | L | T | | | | | |
| 15. STI Classic Fd – Va Intermediate Muni. Bd Fd Trust Shares | D | Interest | N | T | | | | | |
| 26. STI Classic Fd – Va Tax Free Money Market Fd Trust Shares | A | Interest | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. IRA # 1 | B | Dividend | L | | | | | | |
| 29. | | | | | | | | | |
| 30. Trust # 2 | | | | | | | | | |
| 31. Albemarle Corp Common Stock | C | Dividend | J | T | | | | | |
| 32. Bellsouth Corp BLS Group Common Stock | A | Dividend | K | T | | | | | |
| 33. Du pont E I Nemours & Co. Common Stock | A | Dividend | K | T | | | | | |
| 34. Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 35. Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| 36. Jefferson Pilot Corp Common Stock | D | Dividend | N | T | | | | | |

1. Income/Gain Codes:      A =$1,000 or less     B =$1,001-$2,500     C =$2,501-$5,000     D =$5,001-$15,000     E =$15,001-$50,000
   (See Columns B1 and D4)  F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 – More than $5,000,000
2. Value Codes:            J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000   M =$100,001-$250,000
   (See Columns C1 and D3)  N =$250,001-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
                            P3 =$25,000,001-$50,000,000                    P4 -More than $50,000,000
3. Value Method Codes      Q = Appraisal         L = Cost (Real Estate Only)   S = Assessment   T – Cash/Market
   (See Column C2)          U – Book Value        V – Other                 W = Estimated

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**

Wilkinson, III, J H

Page 3 of 4

Date of Report: 5/1/2005

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 7. Johnson & Johnson  Common Stock | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson   Common Stock | B | Dividend | J | T | Partial sale | 11/03 | J | D | |
| 9. Royal Dutch Pete Co    Common Stock | A | Dividend | K | T | | | | | |
| 10. Schering Plough Corp    Common Stock | A | Dividend | K | T | | | | | |
| 11. Wyeth   Common Stock | A | Dividend | K | T | | | | | |
| 12. STI Classic Fd – Growth & Income Fd  Trust Shares | A | Dividend | L | T | | | | | |
| 13. STI Classic Fd – Capital Appreciation Fd Trust Shares | A | Dividend | M | T | | | | | |
| 14. STI Classic Fd – Capital Appreciation Fd Trust Shares | A | Dividend | J | T | partial sale | 9/28 | J | | loss |
| 15. STI Classic Fd – VA Intermediate Municipal Fd Trust Shares | A | Interest | K | T | | | | | |
| 16. STI Classic Fd – Info & Tech Fd Trust Shares | A | Dividend | J | T | | | | | |
| 17. STI Classic Fd – Info & Technology Fd Trust Shares | A | Dividend | J | T | Sell | 9/28 | J | | loss |
| 18. STI Classic Fd – Va Tax Free Money Market Fd Trust Shares | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. Deposit Accounts | | | | | | | | | |
| 21. SunTrust Interest Checking ▇▇▇ | A | Interest | J | T | | | | | |
| 22. SunTrust Interest Checking ▇▇▇#1 | A | None | J | T | | | | | |
| 23. SunTrust Interest Checking ▇▇▇#2 | A | None | J | T | | | | | |
| 24. | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,000-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

**FINANCIAL DISCLOSURE REPORT**

age 4 of 4

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 5/1/2005 |

## II. INVESTMENTS and TRUSTS — income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| (T) Trust #3 | | | | | | | | | |
| (T) Allicorate Corp Common Stock | A | Dividend | K | T | | | | | |
| (T) Altria Group Inc Common Stock | D | Dividend | M | T | | | | | |
| (T) Coca Cola Co Common Stock | A | Dividend | K | T | | | | | |
| (T) Deere & Co. Common Stock | C | Dividend | M | T | | | | | |
| (T) Du Pont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| (T) Duke Energy Corp Common Stock | C | Dividend | M | T | | | | | |
| (T) General Electric Co Common Stock | C | Dividend | M | T | | | | | |
| (T) Hewlett Packard Common Stock | B | Dividend | L | T | | | | | |
| (T) Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| (T) Procter & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| (T) Royal Dutch Pete Co Common Stock | C | Dividend | M | T | | | | | |
| (T) SunTrust Bank Inc Common Stock | D | Dividend | N | T | | | | | |
| (T) STI Classic Fd – Growth & Income Fd Trust Shares | A | Dividend | L | T | | | | | |
| (T) STI Classic Fd – Capital Appreciation Fd Trust Shares | A | Dividend | L | T | | | | | |
| (T) STI Classic Fd-Va Interm. Municipal Bond Fd Trust Shares | E | Interest | O | T | | | | | |
| (T) STI Classic Fd-Va Tax Free Money Market Fd Trust Shares | B | Interest | L | T | | | | | |

| Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | |
|---|---|
| Wilkinson, III, J H | 5/12/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

Part 2: Parties and Terms Re: I will not could provided by the University although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 mos of leaving the University.  The mortgage was paid in full 02/05/1985.

T) On the death of ████████ (August 16, 1990), a trust was created titled ████████████████████ Irrevocable Trust. ████████ and SunTrust Bank, formerly Crestar Bank, are the Co-Trustees.  Within this trust there are two undivided shares, a ████ share and a ████ share.  The nature of my interest in the trusts is as follows:

With respect to the ████ Trust, ████████ is the sole beneficiary of that trust during her lifetime.  Upon ██ death, whatever remains in the ████ Trust is to be added to the ████ Trust.  My ████ and I have equal future interests in the ████ Trust.

With respect to the ████ Trust, the corporate trustee has sole discretion to distribute trust income and principal to ████████ ████████ and me, and our respective ████████████ Distributions must be deemed necessary for a distributee's health, support, or maintenance.  ████████ and I are each potential current beneficiaries of the ████ Trust.

The corporate trustee informs me that as of the end of this reporting period the division has not been made.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilkinson, III, J H | 5/1/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _May 9, '05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544